UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY SINDER,

    Plaintiff,

v.                                                                  2:23-cv-107-JLB-NPM

ALICO, INC.,
JOHN E KIERNAN,
PERRY DEL VECCHIO and
RICHARD RALLO,

    Defendants.

---

## ORDER GRANTING SPECIAL ADMISSION

Before the court is an unopposed motion for special admission of Joseph Alexander Hood, II. Having satisfied the requirements of Local Rule 2.01(c), the court finds Joseph Alexander Hood, II may appear specially on behalf of plaintiff Jeffrey Sinder. Accordingly, the motion for special admission (Doc. 5) is **GRANTED**.

Unless non-resident attorney Hood already has CM/ECF filing credentials for the Middle District of Florida, he shall submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice.

Counsel is reminded that any attorney appearing in this court "must remain familiar with, and is bound by, the rules governing the professional conduct of a

member of The Florida Bar." M.D. Fla. R. 2.01(e). By virtue of his special admission, attorney Hood is also deemed to be familiar with 28 U.S.C. § 1927. *See* M.D. Fla. R. 2.01(b)(1)(C), (c)(5).

Pursuant to *In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida*, No. 6:13-mc-94-Orl-22, an attorney permitted to appear specially by this order may—subject to inspection by Court Security Officers—bring personal electronic devices beyond the courthouse security checkpoint by presenting this order.

**ORDERED** on April 12, 2023.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE