UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JEFFREY SINDER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALICO, INC. JOHN E. KIERNAN, PERRY DEL VECCHIO, and RICHARD RALLO, <br><br> Defendants. | Case No.  2:23-cv-00107-JLB-NPM <br><br> **DECLARATION OF JAYNE A. GOLDSTEIN IN SUPPORT OF MOTION OF MATTHEW J. MORAHAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Jayne A. Goldstein, hereby declare as follows:

1.    I am an attorney with Miller Shah LLP ("Miller Shah"), counsel on behalf of Matthew J. Morahan ("Morahan"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Morahan's motion for appointment of Morahan as Lead Plaintiff and approval of his selection of Pomerantz LLP ("Pomerantz") as Lead Counsel, and Miller Shah as Liaison Counsel, for the Class in the above-captioned action (the "Action").

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of Morahan in this litigation; |
| Exhibit B: | Press release published over *AccessWire* on February 17, 2023, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed by Morahan; |
| Exhibit D: | Declaration executed by Morahan; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of Miller Shah. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 18, 2023, at Delray Beach, Florida.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 18, 2023, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein

2