# EXHIBIT A

**Alico, Inc. (ALCO)**
**Class Period: February 4, 2021 to December 13, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 90-Days* Mean Price $25.5508 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Matthew J Morahan | 4/11/2022 | 200 | $38.3600 | ($7,672) | 6/6/2022 | (154) | $42.5000 | $6,545 | | |
| Matthew J Morahan | 4/12/2022 | 300 | $39.2100 | ($11,763) | 12/6/2022 | (5,000) | $27.3000 | $136,500 | | |
| Matthew J Morahan | 4/13/2022 | 500 | $38.8500 | ($19,425) | 12/6/2022 | (229) | $27.1350 | $6,214 | | |
| Matthew J Morahan | 4/19/2022 | 1,700 | $42.4200 | ($72,114) | 12/6/2022 | (29) | $27.0750 | $785 | | |
| Matthew J Morahan | 4/27/2022 | 364 | $39.2500 | ($14,287) | 12/6/2022 | (100) | $27.1100 | $2,711 | | |
| Matthew J Morahan | 4/27/2022 | 500 | $39.4000 | ($19,700) | 12/6/2022 | (6,004) | $27.0501 | $162,409 | | |
| Matthew J Morahan | 4/28/2022 | 66 | $40.3298 | ($2,662) | 12/6/2022 | (1,198) | $27.0500 | $32,406 | | |
| Matthew J Morahan | 4/28/2022 | 200 | $40.3300 | ($8,066) | 12/6/2022 | (200) | $27.0600 | $5,412 | | |
| Matthew J Morahan | 4/28/2022 | 234 | $40.3200 | ($9,435) | 12/6/2022 | (100) | $27.1000 | $2,710 | | |
| Matthew J Morahan | 4/29/2022 | 500 | $39.5000 | ($19,750) | 12/6/2022 | (100) | $27.0800 | $2,708 | | |
| Matthew J Morahan | 4/29/2022 | 500 | $39.7500 | ($19,875) | | | | | | |
| Matthew J Morahan | 5/3/2022 | 400 | $39.8500 | ($15,940) | | | | | | |
| Matthew J Morahan | 5/3/2022 | 54 | $39.7000 | ($2,144) | | | | | | |
| Matthew J Morahan | 5/4/2022 | 536 | $39.7000 | ($21,279) | | | | | | |
| Matthew J Morahan | 5/9/2022 | 200 | $38.9000 | ($7,780) | | | | | | |
| Matthew J Morahan | 6/21/2022 | 400 | $39.0000 | ($15,600) | | | | | | |
| Matthew J Morahan | 6/21/2022 | 500 | $38.7500 | ($19,375) | | | | | | |
| Matthew J Morahan | 6/22/2022 | 1,000 | $38.3000 | ($38,300) | | | | | | |
| Matthew J Morahan | 6/22/2022 | 1,000 | $38.4000 | ($38,400) | | | | | | |
| Matthew J Morahan | 7/26/2022 | 50 | $34.7000 | ($1,735) | | | | | | |
| Matthew J Morahan | 7/26/2022 | 634 | $34.7100 | ($22,006) | | | | | | |
| Matthew J Morahan | 7/26/2022 | 156 | $34.6600 | ($5,407) | | | | | | |
| Matthew J Morahan | 7/27/2022 | 300 | $35.0000 | ($10,500) | | | | | | |
| Matthew J Morahan | 7/27/2022 | 5 | $34.8500 | ($174) | | | | | | |
| Matthew J Morahan | 8/4/2022 | 500 | $33.0000 | ($16,500) | | | | | | |
| Matthew J Morahan | 8/4/2022 | 315 | $32.5700 | ($10,260) | | | | | | |
| Matthew J Morahan | 8/4/2022 | 500 | $33.0000 | ($16,500) | | | | | | |
| Matthew J Morahan | 8/4/2022 | 200 | $33.0000 | ($6,600) | | | | | | |

*Avg Closing Prices from December 14, 2022 to March 13, 2023

**Alico, Inc. (ALCO)**
**Class Period: February 4, 2021 to December 13, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 90-Days* Mean Price $25.5508 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Matthew J Morahan | 8/5/2022 | 199 | $32.7840 | ($6,524) | | | | | | |
| Matthew J Morahan | 8/5/2022 | 201 | $32.7800 | ($6,589) | | | | | | |
| Matthew J Morahan | 8/5/2022 | 100 | $32.7700 | ($3,277) | | | | | | |
| Matthew J Morahan | 9/16/2022 | 300 | $32.2500 | ($9,675) | | | | | | |
| Matthew J Morahan | 9/20/2022 | 300 | $32.3000 | ($9,690) | | | | | | |
| Matthew J Morahan | 9/22/2022 | 200 | $31.8500 | ($6,370) | | | | | | |
| **Matthew J Morahan** | | **13,114** | | **($495,373)** | | **(13,114)** | | **$358,400** | **$0** | **($136,974)** |

*Avg Closing Prices from December 14, 2022 to March 13, 2023