# EXHIBIT B

Case 2:23-cv-00107-JLB-NPM Document 8-2 Filed 04/18/23 Page 2 of 5 PageID 98

A

# Pomerantz Law Firm Announces the Filing of a Class Action Against Alico, Inc. and Certain Officers - ALCO

Friday, February 17, 2023 5:10 PM



Pomerantz LLP

**NEW YORK, NY / ACCESSWIRE / February 17, 2023 /** Pomerantz LLP announces that a class action lawsuit has been filed against Alico, Inc. ("Alico" or the "Company") (NASDAQ:ALCO) and certain officers. The class action, filed in the United States District Court for the Middle District of Florida, and docketed under 23-cv-00107, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Alico securities between February 4, 2021 and December 13, 2022, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Alico securities during the Class Period, you have until April 18, 2023 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

Alico, together with its subsidiaries, operates as an agribusiness and land management company in the U.S. The Company operates in two

segments: (i) Alico Citrus; and (ii) Land Management and Other Operations. The Alico Citrus segment cultivates citrus trees to produce citrus for delivery to the processed and fresh citrus markets. The Land Management and Other Operations segment owns and manages land in Collier, Glades, and Hendry Counties, and also leases land for recreational and grazing purposes, conservation, and mining activities.

The complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Alico had deficient disclosure controls and procedures and internal control over financial reporting; (ii) as a result, the Company had improperly calculated Alico's deferred tax liabilities over a multi-year period; (iii) accordingly, the Company would likely be required to restate one or more of its previously issued financial statements; (iv) the foregoing would impede the timely completion of the audit of the Company's financial results in advance of its year-end earnings call; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

On December 6, 2022, Alico issued a press release announcing that the Company was postponing its year-end earnings call. Specifically, the press release stated that "additional time is required for completion of the audit of its financial results for the period ended September 30, 2022 by its independent registered public accounting firm."

On this news, Alico's stock price fell $3.06 per share, or 10.42%, to close at $26.29 per share on December 6, 2022.

Then, on December 7, 2022, Alico issued a press release providing a further update on the delays that the Company faced in reporting fiscal year 2022 results and making the required associated filings with the U.S. Securities and Exchange Commission ("SEC"). In the

press release, the Company disclosed that "[t]he key item that is requiring such additional time involves evaluation of the proper amount of the Company's Deferred Tax Liability, particularly certain portions of that Deferred Tax Liability arising in prior fiscal years, including those going back to fiscal year 2019 or possibly several years before fiscal year 2019."

Finally, on December 13, 2022, Alico filed with the SEC its Annual Report on Form 10-K for the year ended September 30, 2022 (the "2022 10-K"). In the 2022 10-K, Alico "restate[d] the Company's previously issued audited consolidated balance sheet, audited consolidated statements of changes in equity and related disclosures as of September 30, 2021 included in the Company's Annual Report on Form 10-K for the year ended September 30, 2021 (the '2021 10-K') previously filed with the SEC and the Company's previously issued unaudited consolidated balance sheet, unaudited consolidated statements of changes in equity and related disclosures as of the end of each quarterly periods ended June 30, 2022, March 31, 2022, December 31, 2021, June 30, 2021, March 31, 2021 and December 31, 2020 included in the Company's respective Quarterly Report on Form 10-Q for each of the quarters then ended previously filed with the SEC (together with the 2021 10-K, the 'Financial Statements')." The Company also disclosed that "[o]n December 12, 2022, the audit committee (the 'Audit Committee') of the board of directors of the Company concluded that the Company's previously issued Financial Statements can no longer be relied upon due to an error identified during the completion of the 2022 10-K." Specifically, Alico stated that "[t]he error that led to the Audit Committee's conclusion relates to the calculation of the deferred tax liabilities for the fiscal years 2015 through 2019, which resulted in a cumulative reduction in the Company's deferred tax liability, and a corresponding cumulative increase in retained earnings, of approximately $2,512,000 on the Company's balance sheet as of September 30, 2022."

On this news, Alico's stock price fell $2.64 per share, or 9.53%, to close at $25.05 per share on December 14, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com

SOURCE: Pomerantz LLP