# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**JEFFREY SINDER,**

    Plaintiff,

v.                                                      2:23-cv-107-JLB-NPM

**ALICO, INC.,**
**JOHN E KIERNAN,**
**PERRY DEL VECCHIO** and
**RICHARD RALLO,**

    Defendants.

---

## ORDER

Before the court are unopposed motions for special admission of Jeff G. Hammel and Jason C. Hegt. Having satisfied the requirements of Local Rule 2.01(c), the court finds Jeff G. Hammel and Jason C. Hegt may appear specially on behalf of defendants Alico, Inc., John E. Kiernan, Perry Del Vecchio, and Richard Rallo. Accordingly, the motions for special admission (Docs. 12, 13) are **GRANTED**.

Unless non-resident attorneys Hammel and Hegt already have CM/ECF filing credentials for the Middle District of Florida, they shall each submit an E-Filer Registration Form within fourteen days of the date of this order. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice.

Counsel are reminded that any attorney appearing in this court "must remain familiar with, and is bound by, the rules governing the professional conduct of a member of The Florida Bar." M.D. Fla. R. 2.01(e). By virtue of their special admission, attorneys Hammel and Hegt are also deemed to be familiar with 28 U.S.C. § 1927. *See* M.D. Fla. R. 2.01(b)(1)(C), (c)(5).

Pursuant to *In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida*, No. 6:13-mc-94-Orl-22, an attorney permitted to appear specially by this order may—subject to inspection by Court Security Officers—bring personal electronic devices beyond the courthouse security checkpoint by presenting this order.

**ORDERED** on May 1, 2023.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE