UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY SINDER,

      Plaintiff,

v.                                             2:23-cv-107-JLB-NPM

ALICO, INC.,
JOHN E KIERNAN,
PERRY DEL VECCHIO and
RICHARD RALLO,

      Defendants.

---

### ORDER DENYING MOTION FOR SPECIAL ADMISSION

Before the court is a motion for special admission of attorney Brian Calandra on behalf of plaintiff Jeffrey Sinder. (Doc. 15). "Ultimately, whether an attorney should be granted the privilege of pro hac vice admission is a decision within the sound discretion of the trial court." *Daniel v. Navient Sols., LLC*, No. 8:17-cv-2503-T-24JSS, 2018 WL 4575038, *1 (M.D. Fla. Sept. 24, 2018) (citing *Estate of Roswell v. Walker Baptist Med. Ctr.*, 290 F.R.D. 549, 554 n.19 (N.D. Ala. 2013)).

Attorney Calandra appears to satisfy the elements of Local Rule 2.01(c) to specially appear in this matter. But, as the Florida Bar Rules point out, "the general authority of the states to regulate the practice of law must be reconciled with such authority as federal tribunals may have to regulate practice before them." Comment to R. Regulating Fla. Bar 4-8.5. And the Florida Bar Rules allow temporary practice

by an out-of-state attorney only if that attorney is admitted and authorized to practice in another United States jurisdiction and has not been disbarred or suspended from practice in any jurisdiction. R. Regulating Fla. Bar 4-5.5(c).

Attorney Calandra is currently "administratively ineligible" to practice law in New Jersey for failure to fulfill continuing legal education requirements. Therefore, the motion for special admission (Doc. 15) is **denied without prejudice**. If Calandra renews his request for special admission, he must explain why the court should not find that his special appearance in this matter would violate Florida Bar Rule 4-5.5(c).

**ORDERED** on May 3, 2023.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

- 2 -