UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY SINDER,

     Plaintiff,

v.                                                              Case No. 2:23-cv-107-JLB-NPM

ALICO, INC., JOHN E KIERNAN, PERRY DEL
VECCHIO AND RICHARD RALLO,

     Defendants.

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Nathan Ziperian Joseph Alexander Hood, II |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Jason C. Hegt John D.Goldsmith |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | June 28, 2023 10:15 AM | **Total Time** | 16 minutes |

## Preliminary Pretrial Conference

Court discussed case management and scheduling deadlines and other issues regarding case management.

Oral motion for extension of time to file Interested Persons Disclosures. Court grants 1 week.

Oral motion for extension of time to file Notice of Related Action. Court grants 1 week.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website.